# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

United States of America )
v. )
) Case No: 4:99cr70042
Walter Andrew Tinsley )
) USM No: 08138-084
Date of Previous Judgment: February 25, 2000 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUN 27 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __200__ months **is reduced to** __160*__ months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __33__          Amended Offense Level: __31__
Criminal History Category: __IV__       Criminal History Category: __IV__
Previous Guideline Range: __188__ to __235__ months    Amended Guideline Range: __151__ to __188__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

*This term consists of 160 months as to each of Counts 1 and 3 and a term of 60 months as to Count Two, with all counts to run concurrently.

Except as provided above, all provisions of the judgment dated __2/25/2000__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 27, 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title